SAUNDERS IRVING, Executor, etc., Appellant, *v.* JOHN RANKINE, Administrator, etc., Respondent.

(Submitted January 16, 1880; decided January 27, 1880.)

REPORTED below, 13 Hun, 24.

*E. G. Lapham* for appellant.

*W. H. Adams* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.